IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD MOORE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-121 |
| § | |
| GABRIELLE GUZMAN, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court has received Defendant G. Samuel's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 38) and the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case is referred (Dkt. No. 60). No objections have been filed.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R (Dkt. No. 60) and **DENIES** Defendant G. Samuel's Motion to Dismiss (Dkt. No. 38).

SIGNED this 13th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge