IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD MOORE, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-121 |
| GABRIELLE GUZMAN, *et al*, | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of the Motion for Summary Judgment filed by Defendants Juan Trevino, Gabrielle Guzman, and Reyes Alvarez (collectively "Security Defendants"), Dkt. No. 126; the Motion for Summary Judgment filed by Defendants Gregory Samuel and Martha Tijerina (collectively "Medical Defendants"), Dkt. No. 129; Plaintiff's Response to the Motions for Summary Judgment, Dkt. No. 140; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 142. No objections to the M&R were filed.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 142. The Court **DENIES** the Security Defendants' Motion for Summary Judgment, Dkt. No. 126, and **GRANTS IN PART** the Medical Defendants' Motion for Summary Judgment, Dkt. No. 129, as to the merits of Plaintiff's Eighth Amendment claims of deliberate indifference. Accordingly, Plaintiff's claims against Defendants Gregory Samuel and Martha Tijerina are **DISMISSED WITH PREJUDICE**.

SIGNED this 19th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge